# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BAYER PHARMA AG, *et al*.,

    Plaintiffs,

v.

MYLAN PHARMACEUTICALS INC., *et al*.,

    Defendants.

Case No. 2:11-CV-00604-KJD-CWH

**ORDER**

    On October 16, 2013, the parties filed a Joint Status Report. Plaintiffs indicated that they were not seeking further appellate review of the Federal Circuit's judgment in the underlying patent action: Bayer, *et. al.* v. Watson Pharmaceuticals, 2:07-cv-01742-KJD-GWF. The parties further indicated that they would file another joint status report by October 30, 2013 regarding possible resolution of the remaining counterclaims. However, no proceeding of record has been taken since October 16, 2013.

    Accordingly, IT IS HEREBY ORDERED that the parties are to file a joint status report within fourteen (14) days of the entry of this order.

    DATED this 26th day of November 2013.

_____
Kent J. Dawson
United States District Judge