1  Michael J. McCue (Nevada Bar #6055)
   Jonathan W. Fountain (Nevada Bar #10351)
2  LEWIS AND ROCA LLP
   3993 Howard Hughes Parkway, Suite 600
3  Las Vegas, Nevada 89169
   (702) 949-8200 (phone)
4  (702) 949-8398 (facsimile)
   mmccue@lrlaw.com
5  jfountain@lrlaw.com

6  Of Counsel:

7  Peter B. Bensinger, Jr.
   Adam K. Mortara
8  Matthew R. Ford
   BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
9  54 West Hubbard Street
   Chicago, Illinois 60654
10 (312) 494-4400 (phone)
   (312) 494-4440 (facsimile)
11 peter.bensinger@bartlit-beck.com
   adam.mortara@bartlit-beck.com
12 matthew.ford@bartlit-beck.com

13 Paul J. Skiermont
   SKIERMONT PUCKETT LLP
14 2200 Ross Ave, Suite 4301W
   Dallas, TX 75201
15 paul.skiermont@skiermontpuckett.com

16
   *Attorneys for Plaintiffs*
17 *Bayer Pharma AG and*
   *Bayer HealthCare Pharmaceuticals Inc.*

18

19                    **UNITED STATES DISTRICT COURT**

20                           **DISTRICT OF NEVADA**

21 | BAYER PHARMA AG and | No. 2:11-cv-00604-KJD-CWH |
   | BAYER HEALTHCARE | |
22 | PHARMACEUTICALS INC., | **STIPULATION OF DISMISSAL** |
   | | |
23 | Plaintiffs & Counterdefendants, | |
   | | |
24 | vs. | |
   | | |
25 | MYLAN PHARMACEUTICALS INC., | |
   | MYLAN INC., AND FAMY CARE LTD., | |
26 | | |
   | Defendants & Counterclaimants. | |
27

28

-1-

Pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, the Plaintiffs and Defendants, by their undersigned attorneys, hereby stipulate and agree that the above-captioned action, including all claims, counterclaims, and affirmative defenses, are dismissed with prejudice.  Each party will bear its own costs, disbursements and attorneys' fees.

Dated: December 30, 2013.

| /s/ Matthew R. Ford | /s/ Patrick J. Reilly |
|---|---|
| Michael J. McCue (Nevada Bar No. 6055) | Patrick J. Reilly |
| Jonathan W. Fountain (Nevada Bar No. 10351) | Holland & Hart LLP |
| LEWIS AND ROCA LLP | 9555 Hillwood Drive, |
| 3993 Howard Hughes Parkway, Suite 600 | Second Floor |
| Las Vegas, NV 89109 | Las Vegas, Nevada 89134 |
| mmcue@lrlaw.com | |
| jfountain@lrlaw.com | Of Counsel: |
| | Timothy H. Kratz |
| Of Counsel: | Robert L. Florence |
| Peter B. Bensinger, Jr. | MCGUIREWOODS LLP |
| Adam K. Mortara | 1230 Peachtree Street N.E., |
| Matthew R. Ford | Suite 2100 |
| BARTLIT BECK HERMAN PALENCHAR | Atlanta, Georgia 30309-3534 |
| & SCOTT LLP | *Attorneys for Defendants/Counterclaimants* |
| 54 West Hubbard Street | *Mylan Pharmaceuticals Inc., Mylan Inc., and* |
| Chicago, Illinois 60610 | *Famy Care Ltd.* |
| peter.bensinger@bartlit-beck.com | |
| adam.mortara@bartlit-beck.com | |
| matthew.ford@bartlit-beck.com | |

Paul J. Skiermont
SKIERMONT PUCKETT LLP
2200 Ross Ave, Suite 4301W
Dallas, TX 75201
paul.skiermont@skiermontpuckett.com

*Attorneys for Plaintiffs*
*Bayer Pharma AG and*
*Bayer HealthCare Pharmaceuticals Inc.*

```
IT IS SO ORDERED.
DATED:   January 2, 2014
_____
UNITED STATES DISTRICT JUDGE
```